# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action 1:14-cv-00081 |
| | ) | |
| MEITEC, INC., FIRE & SAFETY SPECIALISTS, INC., NOBLE DRILLING SERVICES, INC., KEPPEL AMFELS, L.L.C., GRAY INSURANCE COMPANY, ROGELIO GARZA, JR., YOLANDA GARZA, INDIVIDUALLY AND AS NEXT FRIEND OF ESMERALDA KARIEL GARZA AND ROGELIO GARZA (III), MINORS, AND RICARDO GARZA, FELIX FUENTES, AND DANIEL MEDRANO, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF RULE 41(A) VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff AXIS SURPLUS INSURANCE COMPANY ("AXIS"), and pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses its claims asserted against Defendants MEITEC, INC., FIRE & SAFETY SPECIALISTS, INC., NOBLE DRILLING SERVICES, INC., KEPPEL AMFELS, L.L.C., GRAY INSURANCE COMPANY, ROGELIO GARZA, JR., YOLANDA GARZA, INDIVIDUALLY AND AS NEXT FRIEND OF ESMERALDA KARIEL GARZA AND ROGELIO GARZA (III), MINORS, AND RICARDO GARZA, FELIX FUENTES, AND DANIEL MEDRANO, without prejudice, with all parties to bear their own costs.

Dated: May 19, 2014.                              Respectfully submitted,

                                                  <u>/s/ Michael S. Knippen</u>
                                                  Michael S. Knippen
                                                  One of the Attorneys for Plaintiff

Michael S. Knippen (#6185723)
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (f)

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014, I caused the following document to be filed electronically with the United States District Court for the Southern District of Texas through the Court's mandated ECF service:

1. **NOTICE OF RULE 41(A) VOLUNTARY DISMISSAL WITHOUT PREJUDICE.**

Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael S. Knippen
Michael S. Knippen

Michael S. Knippen (#6185723)
TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (f)